### ROBERTS *vs.* STATE.

SIMPLE LARCENY, FROM SUMTER. Criminal Law. Charge of Court. Confessions. (Before Judge Fort.)

Jackson, C. J.—1. The evidence sustains the verdict.

2. There was no such error in the refusals to charge as to require a new trial. In substance, all were given, and the entire charge is as favorable to the plaintiff in error as the law and facts would allow.

3. The confessions were made voluntarily, and are corroborated abundantly by the bill of sale, the money and the inconsistency of the statements themselves.

Judgment affirmed.

B. B. & E. F. Hinton, for plaintiff in error.

C. B. Hudson, Solicitor General, for the State.